```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 5, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCTAVIO GONZALEZ, *individually and on behalf of others similarly situated,*

*Plaintiffs,*

-against-

CHRIS AND KATHY RESTAURANT INC. (d/b/a TOWNHOUSE DINER) and CHRIS KONIDARIS

*Defendants*

17-cv-0295

NOTICE OF VOLUNTARY DISMISSAL

**NOTICE OF DISMISSAL**

Plaintiff hereby gives notice that he voluntarily dismisses all claims asserted against Defendants CHRIS AND KATHY RESTAURANT INC. (d/b/a TOWNHOUSE DINER) and CHRIS KONIDARIS in this action, without prejudice, pursuant to Fed. R .Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
       May 3, 2017

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: *[signature]*
Marisol Santos, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10022
Telephone: (212) 317-1200
Facsimile: (212) 317-162
*Attorneys for Plaintiff*

Dated:  May 5, 2017
        New York, New York

*[signature]*
HON. KATHERINE POLK FAILLA, U.S.D.J.